IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **INNOVATIVE EDUCATIONAL PROGRAMS, L.L.C.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DARWIN NATIONAL ASSURANCE COMPANY,**<br><br>    **Defendant.** | **CIVIL ACTION NO.**<br>**3:17-cv-06886-FLW-DEA** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matters in difference in the above-captioned action having been amicably adjusted by the parties, **IT IS HEREBY STIPULATED AND AGREED** that all claims asserted in this matter are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

| **HUNTON ANDREWS KURTH LLP** | **WHITE AND WILLIAMS LLP** |
|---|---|
| By:  \_\_\_\_s/ Sergio F. Oehninger_____<br>Sergio F. Oehninger (*pro hac vice*)<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 955-1500<br>Fax: (202) 778-2201<br>soehninger@hunton.com<br><br>*Counsel for Innovative Educational Programs, LLC* | By:  \_\_s/ Sean P. Mahoney_____<br>Sean P. Mahoney<br>1650 Market Street<br>One Liberty Place \| Suite 1800<br>Philadelphia, PA 19103-7395<br>Telephone: (215) 864-6342<br>Fax: (215) 789-7577<br>mahoneys@whiteandwilliams.com<br><br>*Counsel for Darwin National Assurance Company n/k/a Allied World Specialty Insurance Company* |
| DATE:  November 30, 2020 | DATE:  November 30, 2020 |

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.C.D.J.      12/1/20

## CERTIFICATE OF SERVICE

Sean P. Mahoney, attorney for Defendant, Darwin National Assurance Company n/k/a Allied World Specialty Insurance Company, hereby certifies that on November 30, 2020, he caused a true and correct copy of the foregoing Stipulation of Dismissal to be served upon the following via the Court's ECF filing system:

Sergio F. Oehninger, Esq.
2200 Pennsylvania Avenue NW
Washington, DC 20037

By: ____s/ Sean P. Mahoney_____
Sean P. Mahoney

Dated:  November 30, 2020